# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA GARCIA,<br><br>  Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION<br><br>  Defendant. | Case No. 1:19-cv-00381-AWI-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 26) |

On September 3, 2019, the parties filed a stipulation to continue the scheduling conference in this matter and a joint scheduling report. Accordingly, IT IS HEREBY ORDERED that the mandatory scheduling conference set for September 10, 2019 is CONTINUED to **October 3, 2019 at 9:00 a.m** in courtroom 9.

IT IS SO ORDERED.

Dated:   **September 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1