# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDA GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>        Defendant. | Case No. 1:19-cv-00381-AWI-SAB<br><br>ORDER RE STIPULATION CONTINUING MANDATORY SCHEDULING CONFERENCE TO DECEMBER 3, 2019 AT 3:00 P.M.<br><br>(ECF No. 31) |

     A scheduling conference is currently set for October 10, 2019. (ECF No. 29.) On October 9, 2019, the day prior to the scheduling conference, the parties submitted a stipulation to continue the scheduling conference as the parties believe they are close to reaching settlement in this action. (ECF No. 31.) The Court finds good cause to continue the conference.

///
///
///
///
///
///
///
///

1

1    Accordingly, pursuant to the parties' stipulation (ECF No. 31), the mandatory scheduling conference is HEREBY CONTINUED to **December 3, 2019, at 3:00 p.m.** in Courtroom 9.  IT IS FURTHER ORDERED that the parties shall file either a joint scheduling report,[1] or if a further continuance of the mandatory scheduling conference is required, a joint status report, **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 9, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the most recent joint scheduling report was filed on September 3, 2019, in anticipation of the scheduling conference then set for September 10, 2019.  (ECF No. 25.)  If the parties find no need to change the proposed deadlines and information contained in that report, the parties may refile that report or notify the Court that it may utilize the previously filed report.